January 7, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

ERIC CLAYTON HARPER, Appellant

NO. 14-13-00700-CR                    V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on appellant's request to withdraw his notice of appeal. Having considered the request, the Court orders the appeal **DISMISSED**.

We further order appellant pay all costs expended in the appeal.

We further order the mandate be issued immediately.

We further order this decision certified below for observance.